# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT GOLDSMITH | ) |
| Plaintiff, | ) ) ) No: 12 C 3965 |
| v. | ) ) |
| ERT/CORRECTIONAL OFFICER ZOLECKI, | ) ) |
| Defendant. | ) |

### DECLARATION OF CHRISTINE MILLER

The undersigned declares under penalties of perjury as set forth in 28 U.S.C. §1746, that she is over the age of 18 and resides in Will County, Illinois, and if called as a witness in the above case, could and would testify competently to the following facts based on her own personal knowledge:

1. Since September 2009, I have been employed with the Will County Sheriff's Office, and since January 2011, I have worked as the Secretary for the Deputy Chiefs at the Will County jail. In that position, my duties include managing the storage and retrieval of records generated at and received by the Will County jail.

2. Inmates in custody at the Will County jail may file grievances in accordance with the procedures set forth in the Inmate Handbook. A true and correct copy of the portion of the Inmate Handbook concerning the inmate grievance procedure is attached as Exhibit D-1.

3. Copies of inmate grievances are kept in the inmate's classification file. A separate classification file is maintained for each inmate, and kept in the regular course of business at the jail. The classification file consists of records relating to the inmate's classification status and includes copies of all Inmate Request Forms submitted by that inmate.



EXHIBIT D

4. In connection with this lawsuit, I reviewed Plaintiff's classification file. His classification file contains eighty-one separate Inmate Request Forms submitted by him between March 8, 2011 and May 31, 2012. True and correct copies of those documents are attached as Exhibit D-2.

5. I reviewed all of the Inmate Request Forms in Plaintiff's classification file and I found no Inmate Request Form complaining that an officer pushed him into a wall or other mistreated him in April or June 2011.

6. Medical records of treatment requested and/or received at the jail are another type of record kept in the regular course of business. A separate medical file is maintained for each inmate.

7. In connection with this lawsuit, I reviewed Plaintiff's medical file. His medical file includes records indicating that Plaintiff was seen by the jail doctor on May 30, 2011, June 14, 2011, July 22, 2011, August 12, 2011, October 13, 2011 and November 2011. His medical file also includes records that Plaintiff was seen by a nurse on May 18, 2011 and August 23, 2011. True and correct copies of those documents are attached as Exhibit D-3.

8. Housing logs are another type of record kept in the regular course of business. A housing log is document generated in each housing unit over the course of each shift by the pod officer(s) assigned to that housing unit.

9. Housing logs reflect all movement in and out of a housing unit during a given shift.

10. In connection with this lawsuit, I reviewed the housing logs for the B Pod housing unit for the dates of April 24, 2011 and June 19, 2011. True and correct copies are attached as Exhibit D-4.

11. The B Pod housing logs for these two dates contain no entry indicating that Officer Zolecki entered B Pod. Nor is there any entry indicating that a shakedown was conducted in B Pod or that any ERT officers entered B Pod for that purpose.

12. Daily shift rosters are another type of record kept in the regular course of business. A daily shift roster is a document generated each shift by the watch commander of that shift or his or her designee.

13. A daily shift roster reflects the personnel who are on duty during a given shift as well as their respective assignments during that shift. The daily shift roster also reflects the number of inmates in each housing unit at the beginning and end of the shift, as well as the number of cell searches and pod shakedowns in each housing unit during each shift.

14. In connection with this lawsuit, I reviewed the daily shift rosters for the dates of April 24, 2011 and June 19, 2011. True and correct copies are attached as Exhibit D-5.

15. The daily shift rosters for these two dates indicate there were no pod shakedowns in any housing unit, and also indicate that Zolecki was not on duty on June 19, 2011.

FURTHER AFFIANT SAYETH NAUGHT

*Christine Miller* (signature)
CHRISTINE MILLER

3